**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Kathleen Monica Best**
1281 Providence Way
Lawrenceville, GA 30046

**xxx−xx−1165**

Case No.: **18−58737−jwc**
Chapter: **7**
Judge: **Jeffery W. Cavender**

# NOTICE REGARDING RESCHEDULING OF MEETING OF CREDITORS OF CHAPTER 7 DEBTOR

Debtor did not appear at the previously scheduled Section 341 Meeting of Creditors. The Meeting of Creditors has been rescheduled to:

**1/11/21** at **10:40 AM**
**Meeting will be telephonic. To attend, Dial: 866−917−0054 and enter: 4377744, when prompted for participation code.**.

In accordance with 11 U.S.C. § 343 of the Bankruptcy Code, debtor must appear at the Meeting of Creditors and submit to examination under oath. If debtor fails to appear at the rescheduled Meeting of Creditors , the case may be dismissed without further notice or hearing, in accordance with General Order No. 2 as entered by this Court on October 5, 2005.

Dated:   December 9, 2020

_____
M. Regina Thomas
Clerk of Court

Form 424